IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20973-CR-ALTONAGA

UNITED STATES OF AMERICA

    Plaintiff,

VS.

EVELIO CERVANTES CONDE,

    Defendant.

_____

**SECOND MOTION IN LIMINE TO EXCLUDE INADMISSIBLE 404(b) EVIDENCE**

    Evelio Cervantes Conde, through counsel, hereby moves *in limine* to exclude inadmissible 404(b) evidence, and in support thereof states:

    1.    Evelio Cervantes Conde is charged in a multi co-defendant indictment and is alleged to have violated multiple criminal statutes including 21 U.S.C. §§ 841(a)(1) & 846(a)(1).

    2.    Specifically, he is charged with conspiring with two co-defendants to possess a controlled substance and on November 28, 2007, attempting to obtain a controlled substance.  In each count it is alleged that the violation involved more than five kilograms of cocaine.

    3.    The government intends to offer evidence that on December 29, 2005, Mr. Conde and co-defendant Marin were stopped by law enforcement officers in Texas after flying from Florida to Texas on one-way tickets while in possession of a large amount of United States currency that was seized by law enforcement officers.  *See* Government's Response to Standing Discovery Order, at H (3).  The government will present this evidence through the testimony of

the law enforcement officers directly involved with the seizure of the currency. *Id.*

4. On January 7, 2008, Mr. Conde moved *in limine* to exclude this evidence.

5. On January 16, 2008, the government provided defense counsel with reports relating to four arrests of Mr. Conde and Mr. Marin.

　　a. On April 20, 2005, $179,940 was recovered from Mr. Conde during a traffic stop in Beaumont, Texas.

　　b. On June 21, 2005, $381,516.12 was recovered from defendant Marin during a traffic stop in Chambers County, Texas.

　　c. On December 29, 2005, $12,515 was recovered from Mr. Conde and defendant Marin during a traffic stop in Kimble County, Texas.

　　d. On July 19, 2006 $15,487 was recovered from defendant Marin and $14,791 was recovered from defendant Conde during an intervention at the El Paso, Texas airport.

The government informed counsel it intends to offer testimony regarding all four incidents as 404(b) evidence at trial.

6. For the same reasons set forth it Mr. Conde's previous motion, he moves *in limine* to exclude the evidence of his prior arrests.

WHEREFORE, Mr. Conde respectfully requests that his motion be granted, and the government's 404(b) evidence against him be excluded during trial.

　　　　　　　　　　　　　　Respectfully submitted,

/s/ Marc David Seitles
_____

Marc David Seitles
Fla. Bar No. 0178284

The Law Offices of Marc David Seitles, P.A.
Alfred I. duPont Building
169 East Flagler Street, Suite 1200
Miami, FL 33131
Tel: (305) 379-6667
Fax: (305) 379-6668
Email: mseitles@seitleslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2008, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to: Assistant United States Attorney Sean Cronin.

/s/ Marc David Seitles
_____
Marc David Seitles, Esq.